IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARK GIANASSI,

    Plaintiff,

vs.                              CASE NO.: 6:14-cv-01078-GAP-TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted at the request of the parties who appeared in person with their counsel on Monday, January 5, 2015, and which resulted in the following:

__x__    All issues in the lawsuit were addressed and concluded. The Parties shall submit a stipulation for dismissal with prejudice or other final disposition document upon completion of any terms or conditions.

DATED this 10th day of January, 2015.

Respectfully submitted,

_____
Julie Walbroel, Esquire/Mediator
Florida Bar No.: 0067474
Mediation Certification: 16408CRA
Julie Walbroel, P.A.
1030 North Orange Avenue, Suite 210
Point Ivanhoe Building
Orlando, Florida 32801
Tel.: (407) 650-0075
Fax: (407) 650-0072
jwpardy@aol.com

Copies to:    Frank Eidson, Esquire
                 Kevin Knight, Esquire